UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGARET A. DOHERTY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:04-cv-2031-DFH-WTL ) |
| KEY BENEFIT ADMINISTRATORS, INC., | ) ) |
| Defendant. | ) |

FINAL JUDGMENT

The jury having rendered its verdict on June 1, 2007, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff Margaret Doherty recover from defendant Key Benefit Administrators, Inc. the sum of One Hundred Sixty-five Thousand Two Hundred Dollars ($165,200.00).

Date: June 5, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

-2-

Copies to:

David M. Brooks
BROOKS KOCH & SORG
dmbrooks@bbks-law.com

Gregory W. Guevara
BOSE MCKINNEY & EVANS, LLP
gguevara@boselaw.com

Denise K. LaRue
HASKIN LAUTER LARUE & GIBBONS
dlarue@hlllaw.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP
amcneil@boselaw.com